**SILLS CUMMIS & GROSS P.C.**
Beth S. Rose (NJ ID #028491987)
R. Michael Riecken (NJ ID #211402016)
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
brose@sillscummis.com
rriecken@sillscummis.com

**SIDLEY AUSTIN LLP**
Joshua E. Anderson (*pro hac vice* pending)
Alycia A. Degen (*pro hac vice* pending)
555 West Fifth Street, Suite 4000
Los Angles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant*
*Gilead Sciences, Inc.*

| | |
|---|---|
| ANTHONY GAETANO,<br><br>                    Plaintiff,<br><br>            v.<br><br>GILEAD SCIENCES, INC.; ST. JOSEPH'S HEALTH, INC.; MICHAEL LANGE; JOHN DOES 1-10 (fictitious names representing unknown individuals); and/or JANE DOES 1-10 (fictitious names representing unknown individuals),<br><br>                    Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: PASSAIC COUNTY CASE NO. PAS-L-002011-20<br><br>**CIVIL ACTION**<br><br>**DEFENDANT GILEAD SCIENCES, INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM** |

TO:     Ari G. Bernstein, Esq.
          Landel, Bernstein & Kalosieh, LLP
          279 Franklin Avenue
          Wyckoff, New Jersey  07481
          *Attorneys for Plaintiff*
          *Anthony Gaetano*

1

**PLEASE TAKE NOTICE** that on November 13, 2020, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Gilead Sciences, Inc. ("Gilead") shall move before the Honorable Joseph S. Conte, J.S.C., Superior Court of New Jersey, Law Division, Passaic County, 77 Hamilton St., Paterson, NJ 07505 for an Order dismissing Plaintiff's Complaint as to Gilead with prejudice for failure to state a claim pursuant to R. 4:6-2(e).

PLEASE TAKE FURTHER NOTICE that in support of its motion, Gilead will rely upon the accompanying Certification of Beth S. Rose and the Brief submitted herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is requested if the motion is opposed and that a proposed form of order is attached.

PLEASE TAKE FURTHER NOTICE that no trial date is currently scheduled.

Respectfully submitted,

*s/ Beth S. Rose*
Beth S. Rose
R. Michael Riecken
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Phone: (973) 643-7000
Facsimile: (973) 643-6500
E-mail: brose@sillscummis.com
E-mail: rriecken@sillscummis.com
*Attorneys for Defendant*
*Gilead Sciences, Inc.*

Dated: October 16, 2020

## CERTIFICATION OF SERVICE

I hereby certify that on this 16th day of October, 2020, I caused a true and correct copy of Defendant Gilead's Notice of Motion, Certification of Beth S. Rose, Brief, and proposed form of Order to be served on all counsel of record via the Court's e-filing system within the time period allowed by the Rules of the Court.

*s/ Beth S. Rose*
Beth S. Rose

Dated: October 16, 2020